UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN GNUTEK, | ) |
| | ) |
| Plaintiff, | )   07-2109 |
| | ) |
| v. | ) |
| | ) |
| WILLIAM CELLINI and | ) |
| ALONZO MONK, | ) |
| | ) |
| Defendants. | ) |

ORDER

The plaintiff, John Gnutek ("Gnutek") has filed an amended complaint against the defendants, William Cellini ("Cellini") and Alonzo Monk ("Monk"), pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 *et seq*. The court denied the defendants' motions to dismiss the amended complaint, and the defendants were directed to file their answers.

As noted in the court's previous order, Cellini was indicted on October 30, 2008. *See* Case No. 08-CR-888 (N.D. Ill.); d/e 1. Shortly after this court denied the motions to dismiss, a superceding indictment was filed on April 2, 2009, adding criminal charges against former governor Rod Blagojevich, Monk, and others. *See* Case No. 08-CR-888 (N.D. Ill); d/e 37.

Several new motions have been filed in this civil case.

I.   Motions to stay proceedings
Joint motion for extension of time to file an answer

Cellini and Monk have filed motions to stay the proceedings in this case until the conclusion of the above-referenced criminal case.

Federal courts may "defer[] civil proceedings pending the completion of parallel criminal prosecutions when the interests of justice . . . require such action." *U.S. v. Kordel*, 397 U.S. 1, 12 n.27 (1970). Gnutek's allegations parallel some of the allegations in the indictment. It would be difficult for the defendants to fashion a truthful and meaningful answer to the plaintiff's complaint (let alone respond to discovery requests) without compromising their Fifth Amendment right against self-incrimination or risking an adverse inference for asserting that right. *See Harris v. City of Chicago*, 266 F.3d 750, 753 (7th Cir. 2001).

Consequently, the motions to stay proceedings [59, 63] are granted. The stay will be

lifted upon entry of final judgment in the criminal case.[1]  The unopposed motion for extension of time to file an answer [66] is granted.  Cellini and Monk shall file their answers within thirty days after entry of final judgment on their criminal charges.

## II.  Motion for certification for interlocutory appeal

Cellini has filed a motion for certification of the court's March 31, 2009, order for interlocutory appeal.  Cellini seeks to appeal the court's ruling that Gnutek has standing to bring a RICO claim.  Although this court noted that there is "no case completely on point" in regard to Gnutek's employment claim, Cellini paints the court's ruling with far too broad a brush: He argues that if Gnutek has standing to pursue his claim, any state employee denied a promotion during Blagojevich's term of office would have standing to bring a RICO claim.

But this is not a run-of-the-mill employment claim, nor is it about simply losing out on a promotion for which the plaintiff was qualified.  Gnutek's case is unique.  Although Cellini's alleged involvement in pay-to-play schemes might have had some impact on many state workers' jobs (either because Cellini's conduct interfered with efficient use of state resources or because he favored certain employees over others), the vast majority of state employees were not passed over for promotion because their diligent job performance would have threatened Cellini's alleged ongoing RICO-violative conduct.

The motion for certification for interlocutory appeal [61] is denied.

## CONCLUSION

The motions to stay proceedings [59, 63] are granted.  The motion for certification for interlocutory appeal [61] is denied.  The motion for extension of time to file an answer [66] is granted. Cellini and Monk shall file their answers within thirty days after entry of final judgment on their criminal charges.

Entered this 7th day of May, 2009.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] The indictment involves multiple co-defendants. The court intends the stay to be lifted when final judgment is entered as to Cellini and Monk.